IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRIOT GENERAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| LISA KREBS, | ) ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| CARMEN McREYNOLDS, | ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) ) |

CIVIL ACTION
FILE NO. 1:12-CV-0997-RWS

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereto, by their undersigned counsel, stipulate and agree that this action (including all claims and counterclaims) is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Active 21652722v1 401570.000007

Respectfully submitted January 9, 2014.

/s/Richard E. Dolder
James (Jay) Sadd
Georgia Bar No. 622010
Richard E. Dolder, Jr.
Georgia Bar No. 220237
SLAPPEY & SADD
352 Sandy Springs Circle
Atlanta, Georgia 30328
Telephone:  404.255.6677
jay@lawyersatlanta.com
rich@lawyersatlanta.com

Attorneys for Carmen McReynolds

/s/  Michael E. Johnson
Michael E. Johnson
Georgia Bar No. 395039
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900
michael.johnson@troutmansanders.com

Attorneys for Patriot General Insurance Company


/s/  Lance A. Cooper
Lance A. Cooper
Georgia Bar No. 186100
THE COOPER FIRM
701 Whitlock Avenue, S.W.
Building J, Suite 43
Marietta, Georgia  30064
Telephone:    770.427.5588

Attorneys for Lisa Krebs

2

## **CERTIFICATE OF SERVICE**

The foregoing Stipulation of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for Carmen McReynolds and Lisa Krebs.

Respectfully submitted January 9, 2014.

/s/ *Michael E. Johnson*
Michael E. Johnson
Bar No. 395039
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 5200
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:    404.885.3900
michael.johnson@troutmansanders.com

Attorneys for Patriot General Insurance Company

Active 21652722v1 401570.000007